# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 14MJ827
                         )
vs                       )  ABSTRACT OF ORDER
                         )
                         )  Booking No. _____
David Figueroa           )
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/5/14__
the Court entered the following order: 8:1324(a)(2)(B)(iii) - Bringing in Illegal Alien(s) Without Presentation  U.S.CBP

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __10,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Received _____ /s/ DUSM

UNITED STATES FEDERAL JUDGE

OR

JOHN MORRILL, Acting Clerk

By _____ V. Lee, Deputy Clerk

Crim-9 (Rev. 8-11)

CLERK'S COPY