UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>David Figueroa<br><br>    Defendant(s) | CRIMINAL NO. 14MJ827<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

M/W not Arr
M/W: A. E. M.

DATED: 3/5/14

RECEIVED _____ DUSM

UNITED STATES FEDERAL JUDGE

OR

JOHN MORRILL, Acting Clerk

By _____ V. Lee
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95
★ U.S. GPO: 2003-581-774/70062