FILED
MAR 2 5 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID FIGUEROA,<br><br>        Defendant. | Case No.: 14 CR 745-GPC<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) –<br>Bringing in Illegal Aliens<br>Without Presentation; Title<br>18, U.S.C., Sec. 2 – Aiding<br>and Abetting |

The United States Attorney charges:

    On or about March 3, 2014, within the Southern District of California, defendant DAVID FIGUEROA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, A.E.M. (a juvenile), had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

    DATED: 3/25/14 .

                        LAURA E. DUFFY
                        United States Attorney

                        Kyle Martin
                        for CARLA J. BRESSLER KEEHN
                        Assistant U.S. Attorney