RECEIVED IN
DOCKETING

MAR 27 2014



FILED
MAR 2 5 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 14CR0745-GPC |
|---|---|
| Plaintiff, | ) FINDINGS AND RECOMMENDATION |
| v. | ) OF THE MAGISTRATE JUDGE |
| | ) UPON A GUILTY PLEA WITH |
| DAVID FIGUEROA, | ) WAIVER OF THE PREPARATION |
| Defendant. | ) OF THE PRESENTENCE REPORT |
| | ) (NON-APS DIVERSION) |

Upon Defendant's request to enter a guilty plea to Count ONE of the INFORMATION pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Magistrate Judge by the District Judge, with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States.

Thereafter, the matter came on for a hearing on Defendant's guilty plea, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record.

1

In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

**I make the following FINDINGS - that the Defendant understands:**

1. The government's right, in a prosecution for perjury or false statement, to use against the defendant any statement that the defendant gives under oath;
2. The right to persist in a plea of "not guilty";
3. The right to a speedy and public trial;
4. The right to trial by jury, or the ability to waive that right and have a judge try the case without a jury;
5. The right to be represented by counsel-and if necessary to have the court appoint counsel-at trial and at every other stage of the proceeding;
6. The right at trial to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

7. The defendant's waiver of these trial rights if the court accepts a guilty plea or nolo contendere;

8. The nature of each charge to which the defendant is pleading;

9. Any maximum possible penalty, including imprisonment, fine, and term of supervised release;

10. Any applicable mandatory minimum penalty;

11. Any applicable forfeiture;

12. The court's authority to order restitution;

13. The court's obligation to impose a special assessment;

14. In determining a sentence, the court's obligation to calculate the applicable sentencing guideline range and to consider that range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C § 3553(a);

15. The term of any plea agreement and any provision in that agreement that waives the right to appeal or to collaterally attack the conviction and sentence;

16. That, if convicted, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and denied admission to the United States in the future; and

17. The terms of the Diversion Agreement.

I further find that:

18. The defendant is competent to enter a plea;

19. The defendant's guilty plea is made knowingly and voluntarily, and did not result from force, threats or promises (other than those made in a plea agreement);

20. There is a factual basis for Defendant's plea; and

21. That Defendant's waiver of the Speedy Trial Act for the length of the Diversion period is made knowingly and voluntarily.

I therefore RECOMMEND that the District Judge accept the Defendant's guilty plea to Count ONE of the INFORMATION, that Defendant be admitted to the Diversion Program, and that entry of judgment and sentencing be deferred for at least one year consistent with the plea agreement.

4

**The Court orders Defendant to appear for a Status Hearing before Magistrate Judge Ruben B. Brooks on 3/26/2015 at 9:00AM.**

The court excludes time from 3/25/2014 through 3/26/2015 pursuant to 18 USC § 3161(h)(2).

Objections to these Findings and Recommendations are waived by the parties if not made within three days of this order. The parties also have waived the preparation of the Presentence Report in this case at this time.

Dated: 3/25/2014

*/s/ Ruben Brooks*
**Hon. Ruben B. Brooks**
United States Magistrate Judge

Copies to:
Judge Gonzalo P. Curiel
Assistant United States Attorney
Counsel for Defendant