# IN THE UNTED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 14CR0745-GPC |
| Plaintiff, | ORDER |
| V. | |
| DAVID FIGUEROA, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) 1 of the Information, and confirms Defendant's entry into the Diversion Program.

Dated:   April 1, 2014

_____
HON. GONZALO P. CURIEL
United States District Judge