**FILED**
MAR 2 5 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14CR0745-GPC |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| DAVID FIGUEROA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

IT IS SO ORDERED.

DATED: 3-24-2015

_____
HONORABLE RUBEN B. BROOKS
United States Magistrate Judge